IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
AUG 3 0 2011

| | | |
|---|---|---|
| **JONNAH MILES,** | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. SA-11-CA-525-FB |
| **USAA,** | § | |
| Defendant. | § | |

## J U D G M E N T

The Court considered the Judgment to be entered in the above styled and numbered cause. Pursuant to the Agreed Stipulation of Dismissal filed on August 29, 2011 (docket #6) and the Order of Dismissal with Prejudice signed by the Court on this date;

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that all claims, demands, and causes of action asserted or assertable by plaintiff against the defendant shall be and are hereby DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED that the parties shall bear their own attorneys' fees and costs incurred in this action. Motions pending with the Court, if any, are also DISMISSED.

It is so ORDERED.

SIGNED this ___30___ day of August, 2011.

FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE